# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                       NO. 4:14CR00185-01 JLH

DIAMOND LARONE THOMPSON                                                         DEFENDANT

## AMENDED ORDER

The jury trial in this matter is hereby scheduled to begin at **9:15 A.M., on MONDAY, APRIL 4, 2016**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, Little Rock, Arkansas. Counsel are to be present by 8:30 A.M.

IT IS SO ORDERED this 22nd day of March, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE